960 A.2d 1291

IN THE MATTER OF DANIEL D. HEDIGER,
AN ATTORNEY AT LAW.

December 11, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–100, concluding that **DANIEL D. HEDIGER** of **HACKENSACK**, who was admitted to the bar of this State in 1995, should be disciplined for violating *RPC* 1.4(b) (failure to communicate with client) and *RPC* 5.5(a) (practicing law while ineligible);

And the Court having reviewed the matter on its own motion pursuant to *Rule* 1:20–16(b), and having determined that the appropriate quantum of discipline for respondent's unethical conduct is a reprimand;

And good cause appearing;

It is ORDERED that **DANIEL D. HEDIGER** is hereby reprimanded; and it is further

ORDERED that respondent continue to comply with the supervision requirement as Ordered by the Court on July 17, 2007; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.